1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | JUANA FLORES,

12 |      Plaintiff,

13 |      v.

14 | UNITED STATES OF AMERICA, *et al*.,

15 |      Defendants.

16

Case No. 1:23-cv-01742-KES-CDB

ORDER GRANTING JOINT MOTION TO RESET HEARING DATE AND EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS FOR LACK OF JURISDICTION

(Doc. 17)

17      Plaintiff Juana Flores ("Plaintiff") initiated this action with the filing of a complaint against

18 Defendants the United States of America, the United States Postal Service, and Jonathan Daniel

19 Douglas Elysee ("Defendants") on December 20, 2023.  (Doc. 1).  On January 2, 2024, Plaintiff

20 filed the operative first amended complaint.  (Doc. 7).  The United States of America filed a

21 motion to dismiss for lack of jurisdiction on May 13, 2024.  (Doc. 15).

22      Pending before the Court is Plaintiff's joint motion to reset the hearing date and extend

23 Plaintiff's time to respond to Defendant's motion to dismiss.  (Doc. 17).  In light of Plaintiff's

24 representations and good cause appearing, IT IS HEREBY ORDERED:

25      1.  Plaintiffs shall file an opposition to the United States of America's motion to

26          dismiss on or before June 11, 2024, and the United States of America shall file a

27          reply, if any, on or before June 21, 2024; and

28      2.  The hearing date on the United States of America's motion to dismiss shall be reset

1

1          to August 26, 2024, at 1:30 pm in Courtroom 6, before the Honorable District Judge

2          Kirk E. Sherriff.

3   IT IS SO ORDERED.

4      Dated:   __**May 30, 2024**__               _____

5                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2